**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **LARHONDA BURTON,** | ) | **CASE NO.1:17CV300** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **CLEVELAND HEIGHTS/UNIVERSITY** | ) | **ORDER TO SHOW CAUSE** |
| **HEIGHTS BOARD OF EDUCATION** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

| | | |
|---|---|---|
| **CLEVELAND HEIGHTS/UNIVERSITY** | ) | **CASE NO.5:17CV553** |
| **BOARD OF EDUCATION** | ) | |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **DANIEL R. BACHE, ET AL.,** | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| **Defendants.** | ) | |

**CHRISTOPHER A. BOYKO, J:**

Upon review of the pleadings in the above-captioned cases, the Court has concerns of

potential conflicts of interest amongst the Burtons and counsel and in counsel's self

representation in the Cleveland Heights action against counsel.  Therefore, the Court stays all briefing on the pending motions until these issues are addressed.  The stay will not affect the pending fully briefed Motion to Dismiss filed by Defendant Roderick Linton Belfance LLP.

Attorneys Bache and Wallace are ordered to show cause on the following questions:

1) Are there any conflicts in your continued representation of the Burtons and/or your continued self-presentation?

2) If there are conflicts, are they waivable?

3) If waivable, do your clients waive any potential conflicts?

The Court orders Bache and Wallace to file their brief(s) on the above issues no later than June 30, 2017.  Any party seeking to file a responsive brief must do so no later than July 7, 2017.

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge

Dated:  June 23, 2017