IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

CLEVELAND HEIGHTS-UNIVERSITY ) 
HEIGHTS CITY SCHOOL DISTRICT ) CASE NO. 5:17-CV-00553-CAB
BOARD OF EDUCATION, )
                                   ) JUDGE CHRISTOPHER A. BOYKO
          Plaintiff, )
      v. )
                                   )
JASON D. WALLACE, et al. )
                                   )
         Defendants. )

---

**MOTION FOR DISMISSAL WITH PREJUDICE**
**(Proposed Order Attached)**

---

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff, the Cleveland Heights-University Heights City School District Board of Education, and Defendant, Roderick Linton Belfance LLP, hereby move the Court to enter an Order dismissing all claims against **only** Roderick Linton Belfance LLP with prejudice. All of Plaintiff's claims against Jason D. Wallace, Daniel R. Bache, and Wallace & Bache LLC remain pending. Plaintiff and Roderick Linton Belfance LLP agree that they will each pay their own costs and attorneys' fees. Plaintiff and Roderick Linton Belfance LLP further agree and request that the Court enter an Order retaining jurisdiction over their settlement of this matter to the extent applicable and necessary.

{02380591 - 1}

Respectfully submitted,


 /s/Maria Pearlmutter

Kathryn Perrico (Reg. No. 0076565)
    Email:  kperrico@walterhav.com
    Direct Dial: 216-928-2948
Maria Pearlmutter (Reg. No. 0087745)
    Email: mpearlmutter@walterhav.com
    Direct Dial: 216-619-7861
Sara Ravas Cooper (Reg. No. 0076543)
    Email: scooper@walterhav.com
    Direct Dial: 216-928-2898
WALTER | HAVERFIELD LLP
1301 E. Ninth Street, Suite 3500
Cleveland, OH  44114
(216) 781-1212 telephone
(216) 575-0911 facsimile


*Attorneys for Plaintiff,*
*Cleveland Heights-University Heights City*
*School District Board of Education*

/s/ *Kurt R. Weitendorf (per consent dated 7/18/17)*
Kurt R. Weitendorf (Reg. No. 0001817)
RODERICK LINTON BELFANCE, LLP
50 South Main Street, 10th Floor
Akron, Ohio 44308-1825
Telephone: 330-434-3000
Fax:  330-434-9220
Email: kweitendorf@rlbllp.com


*Attorneys for Defendant,*
*Roderick Linton Belfance, LLP*


## CERTIFICATE OF SERVICE

A copy of the foregoing *Joint Motion for Dismissal with Prejudice (Proposed Order*

*Attached)* has been filed this 19th day of July, 2017 through the Court's electronic filing system.

All parties may access the foregoing via the Court's electronic filing system.


/s/Maria Pearlmutter
*One of the Attorneys for Plaintiff*

{02380591 - 1}