IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CLEVELAND HEIGHTS-UNIVERSITY HEIGHTS CITY SCHOOL DISTRICT BOARD OF EDUCATION, | ) ) ) CASE NO. 5:17-CV-00553-CAB |
| | ) JUDGE CHRISTOPHER A. BOYKO |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| JASON D. WALLACE, et al. | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter comes before the Court upon the Cleveland Heights-University Heights City School District Board of Education's and Roderick Linton Belfance LLP's *Joint Motion for Dismissal With Prejudice* ("Motion").  Upon consideration of the Motion, and for good cause shown, Plaintiff's and Roderick Linton Belfance LLP's Motion is well-taken and granted.

Accordingly, all claims against **only** Roderick Linton Belfance LLP are dismissed with prejudice.  All of Plaintiff's claims against Jason D. Wallace, Daniel R. Bache, and Wallace & Bache LLC remain pending.  Plaintiff and Roderick Linton Belfance LLP will each pay their own costs and attorneys' fees.  Further, the Court will retain jurisdiction over Plaintiff's and Roderick Linton Belfance LLP's settlement of this matter to the extent applicable and necessary.

IT IS SO ORDERED.

_____        _____
DATE                                                                                       JUDGE CHRISTOPHER A. BOYKO

{02380594 - 1}